# KING & SPALDING

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Tel: +1 213 443 4355
Fax: +1 213 443 4310
www.kslaw.com

Nicolas D. Franco
Associate
Direct Dial: +1 213 443 4371
Direct Fax: +1 213 443 4310
nfranco@KSLAW.com

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/27/2023

*VIA ECF*

March 27, 2023

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 24A
New York, New York 10007

*Granted.*
*Conference adjourned to*
*7/13/2023 @ 10:00 AM*
*Colleen McMahon*
*3/27/2023*

RE: *Payne v. Campbell Soup Company, et al.*, No. 1:23-cv-01210-CM

Dear Judge McMahon:

We write on behalf of defendants Campbell Soup Company and Snyder's-Lance, Inc. ("Defendants"), in accordance with your Honor's Individual Practices and Procedures, to request an adjournment of the May 18, 2023 initial pretrial conference and associated deadline to file a Civil Case Management Plan.

Defendants' deadline to respond to the complaint is April 24, 2023. Defendants are likely to opt to respond to the complaint by filing a motion to dismiss. Accordingly, it is in the interest of judicial economy and preserving party and Court resources to hold the initial conference after the motion to dismiss has been fully briefed and the parties and Court have clarity as to the pleadings in this case.

Defendants thus respectfully request that the initial conference be adjourned until July 20, 2023, or an appropriate earlier date following the Court's ruling on the anticipated motion to dismiss, and further, respectfully requests that the Civil Case Management Plan be due two days prior to the initial conference. There have been no previous requests to adjourn the initial conference and associated deadlines in this case. The requested adjournment will not affect any other scheduled dates in this case.

Plaintiff consents to the requested adjournment.

Respectfully submitted,

*/s/ Nicolas D. Franco*
Nicolas D. Franco

cc: All counsel of record via ECF